884 A.2d 1253

IN THE MATTER OF RONALD M. SIMS, AN ATTORNEY AT LAW (ATTORNEY NO. 238671970).

November 3, 2005.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 04–433, concluding that as matter of final discipline pursuant to *Rule* 1:20–13(c), based on respondent's conviction in municipal court of the petty disorderly persons offense of harassment, in violation of *N.J.S.A.* 2C:33–4b, **RONALD M. SIMS** of **HACKETTSTOWN**, who was admitted to the bar of this State in 1970, should be censured for violating *RPC* 8.4(b)(criminal act that reflects adversely on honesty, trustworthiness or fitness as a lawyer), and good cause appearing;

It is ORDERED that **RONALD M. SIMS** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.